USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/19

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

BRYCE ZACKERY,

*Plaintiff,*

-against-

RONDINONE STUDIO LLC, and UGO RONDINONE, individually,

*Defendants.*

Case No. 19-cv-1191-RA

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Bryce Zackery and Defendants, through their undersigned counsel who are authorized by their respective clients to execute this Stipulation and Order of Dismissal with Prejudice on their behalves, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all claims in the above-captioned action be dismissed against Defendants, with prejudice, with each party to bear its own fees and costs, and, further, that Plaintiff is barred from bringing another claim against Defendants under the Fair Labor Standards Act, New York Labor Law, or any other state or local law for wages, including straight time and overtime wages, based on time periods up to and including the date of the parties' settlement agreement.

10

SCHWARTZ PERRY & HELLER, LLP

By: _____/s/_____
Davida S. Perry
Daniel H. Kovel

*Attorneys for Plaintiff*

3 Park Avenue, 27th fl.
New York, New York 10016
Phone: (212) 889-6565

Dated: 7/19/19

PROSKAUER ROSE LLP

By: _____/s/_____
Evandro C. Gigante, Esq.

*Attorneys for Defendants*

Eleven Times Square
New York, New York 10036
Phone: (212) 969-3000
egigante@proskauer.com

Dated: 7/25/19

Dated: New York, New York
_____7/31/19_____, 2019

**SO ORDERED:**

_____/s/_____
Ronnie Abrams
United States District Judge

11